### O. J. GUDE CO. v. MURPHY.

(Supreme Court, Appellate Division, First Department. December 18, 1908.)

Appeal from Special Term.

In the matter of the application of the O. J. Gude Company for a peremptory writ of mandamus against Edward S. Murphy, as superintendent of buildings. From an order denying a motion for a peremptory writ, relator appealed. Order reversed, and motion granted.

Argued before PATTERSON, P. J., and INGRAHAM, LAUGHLIN, CLARKE, and SCOTT, JJ.

Julius M. Mayer, for appellant.
C. L. Barber, for respondent.

SCOTT, J. For the reasons stated in People ex rel. M. Wineburgh Advertising Company v. Edward S. Murphy, as Superintendent of Buildings (decided herewith) 113 N. Y. Supp. 855, the order appealed from must be reversed, and the motion for a peremptory mandamus granted. Settle order on notice.

PATTERSON, P. J., and INGRAHAM, J., concur. LAUGHLIN, J., concurs, for the reasons stated in his dissenting opinion in City of New York v. Wineburgh Advertising Co., 124 App. Div. 641, 109 N. Y. Supp. 335. CLARKE, J., dissents.